JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DAISY FLORES,

                 Petitioner,

      v.

WARDEN RICOLCOL,

               Respondent.

Case No. 5:25-cv-00190-ODW-MBK

JUDGMENT

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that this case is dismissed without prejudice.



Dated: January 7, 2026

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE